2014 AUG 28 AM 11:49

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA



## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

RICHARD SCOTT HILL

CASE NO.  3:14-cr-144-J-32JRK

Ct. 1:  18 U.S.C. §§ 922(g)(1)
    & 924(a)(2)

Forfeiture:  18 U.S.C. § 924(d)
    & 28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about May 2, 2011, in Duval County, in the Middle District of Florida,

### RICHARD SCOTT HILL,

the defendant herein, did knowingly possess, in and affecting commerce, a

firearm, that is, a Glock, .40 caliber pistol, serial number MCD593, after having

been convicted of crimes punishable by imprisonment for a term exceeding one

year, that is:

1.    Possession of Cocaine, in Case Number 45-2001-CF-812, in the
Circuit Court, Fourth Judicial Circuit, in and for Nassau County,
Florida, on or about November 8, 2001; and

2.    Aggravated Assault, in Case Number 45-2004-CF-499, in the
Circuit Court, Fourth Judicial Circuit, in and for Nassau County,
Florida, on or about May 12, 2005.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

1.     The allegations contained in Count One of this indictment are incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of a violation of Title 18, United States Code, Section 924(d), the defendant shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3.     If any of the property described above, as a result of any act or omission of the defendant:

        a.     cannot be located upon the exercise of due diligence;

        b.     has been transferred or sold to, or deposited with, a third party;

        c.     has been placed beyond the jurisdiction of the court;

        d.     has been substantially diminished in value; or

        e.     has been commingled with other property which cannot be divided without difficulty,

2

the United States of America shall be entitled to forfeiture or substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney

By: _____
Mac D. Heavener, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## RICHARD SCOTT HILL

## INDICTMENT

Violations:

Title 18, United States Code, Sections 922(g)(1) & 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this __28th__ day

of August, 2014.

_____
Clerk

Bail   $_____

GPO 863 525